UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMBER MAKKINJE**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                                          Case No: 8:21-cv-861-MSS-TGW

**ATHENAHEALTH, INC.**,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 36), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 10th day of September 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party